**Fill in this information to identify the case:**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter 11

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**  *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

**Part 2:** **Identify the Debtor**

2. **Debtor's name**  STONE CLINICAL LABORATORIES, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   81-2210108
   EIN

5. **Debtor's address**

   **Principal place of business**
   **615 BARONNE STREET, SUITE 100**
   Number   Street

   **NEW ORLEANS, LA 70113**
   City          State   Zip Code

   **ORLEANS PARISH**
   County

   **Mailing address, if different**
   **615 BARONNE STREET, SUITE 100**
   Number   Street

   P.O. Box
   **NEW ORLEANS, LA 70113**
   City          State   Zip Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City          State   Zip Code

6. **Debtor's website** (URL)   https://www.stoneclinicallaboratories.com/contact-us/

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

Debtor **STONE CLINICAL LABORATORIES, LLC**     Case number *(if known)* _____

**8. Type of debtor's business** *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | Date filed (MM/DD/YYYY) | _____ |
| | | Case number, if known | _____ |
| Debtor | _____ | Relationship | _____ |
| District | _____ | Date filed (MM/DD/YYYY) | _____ |
| | | Case number, if known | _____ |

### Part 3: Report About the Case

**10. Venue** *Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien ( |
|---|---|---|
| WHALE CAPITAL, LP | | $ 23,840,500.00 |
| HOLOGIC, INC. | | $ 2,207,457.97 |
| WOMAN'S HOSPITAL FOUNDATION | | $ 366,711.32 |
| | Total of petitioners' claims | $ 26,414,669.29 |

These amounts are principal amounts only. Whale Capital, LP avers that undisputed claims aggregate at least $1,000,000 more than the value of any lien on property of the debtor securing such claims. Hologic, Inc. sets forth above the amount its records reflect are owing to it by Debtor, and further avers that, on information and belief, Debtor's records reflect that Debtor owes more than $2,207,457.97 to Hologic, Inc. Women's Hospital Foundation avers that, on information and belief, Debtor's records reflect that $366,711.32 is owed by Debtor to Women's Hospital Foundation. Each petitioner reserves its right to assert that additional monies are owed by Debtor.

Debtor **STONE CLINICAL LABORATORIES, LLC**     Case number *(if known)*

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>WHALE CAPITAL, LP<br>Name<br>**4306 YOAKUM BLVD., #600**<br>Number   Street<br>**HOUSTON, TX 77006**<br>City    State    Zip Code | **ALBERT J. DERBES, IV**<br>Printed name<br>**THE DERBES LAW FIRM, LLC**<br>Firm name, if any<br>**3027 RIDGELAKE DR.**<br>Number   Street<br>**METAIRIE, LA 70002**<br>City    State    Zip Code<br>Contact phone **504-207-0909**   Email **ajdiv@derbeslaw.com** |
| **Name and mailing address of petitioner's representative, if any**<br>Michael Whalen<br>Name<br>**4306 YOAKUM BLVD., #600**<br>Number   Street<br>**HOUSTON, TX 77006**<br>City    State    Zip Code | Bar number **20,164**<br>State    **LOUISIANA** |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on **7/14/2021**<br>MM / DD / YYYY<br>*(signature)*<br>Signature of petitioner or representative, including representative's title | *(signature: Albert Derbes IV)*<br>Signature of attorney<br>Date signed **07/15/2021**<br>MM / DD / YYYY |

Debtor **STONE CLINICAL LABORATORIES, LLC**     Case number *(if known)*

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>Hologic, Inc.<br>Name<br><br>10210 Genetic Center Drive<br>Number   Street<br>San Diego, CA 92121<br>City   State   Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br>Dru Greenhalgh, VP & Asst. GC, Diagnostics<br>Name<br><br>10210 Genetic Center Drive<br>Number   Street<br>San Diego, CA 92121<br>City   State   Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on 07/14/2021<br>MM/DD/YYYY<br><br>*[signature]*<br>Signature of petitioner or representative, including representative's title<br>VP & Asst GC Diagnostics | Paul R. Hage, Esq.<br>Printed name<br><br>Jaffe Raitt Heuer & Weiss, P.C.<br>Firm name, if any<br>27777 Franklin Rd., Ste 2500<br>Number   Street<br>Southfield, MI 48034<br>City   State   Zip Code<br>Contact phone 248.727.1543   Email phage@jaffelaw.com<br><br>Bar number P70460<br><br>State Michigan<br><br>*[signature] Paul R. Hage*<br>Signature of attorney<br>Date signed 7/14/2021<br>MM/DD/YYYY |

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| | |
|---|---|
| Debtor  **STONE CLINICAL LABORATORIES, LLC** | Case number *(if known)* |

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

WOMAN'S HOSPITAL FOUNDATION
Name

100 Woman's Way
Number     Street
Baton Rouge, LA 70817
City                       State            Zip Code

**Name and mailing address of petitioner's representative, if any**

Barbara Griffith, MD
Name

100 Woman's Way
Number     Street
Baton Rouge, LA 70817
City                       State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  07/14/2021
             MM / DD / YYYY

*[Signature]* Barbara Griffith MD, PRES/CEO
Signature of petitioner or representative, including representative's title

E. Trent McCarthy
Printed name

The McCarthy Law Firm
Firm name, if any
7922 Picardy Avenue
Number     Street
Baton Rouge, LA 70809
City                       State            Zip Code

Contact phone  225.767.9055    Email  tmccarthy@themccarthylawfirm.com

Bar number  19697

State  Louisiana

*[Signature]*
Signature of attorney
Date signed  7/15/2021
             MM / DD / YYYY

I have examined the information in this document and have a reasonable belief that the information is true and correct.