**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**STONE CLINICAL LABORATORIES, LLC**<br><br>Debtor | CASE NO. 21-10923<br><br>CHAPTER 11<br>INVOLUNTARY |

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

    **Amanda B. George** files this notice of appearance as legal counsel for DAVID W. ASBACH, Acting United States Trustee for Region 5, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

                              Respectfully submitted,
                              DAVID W. ASBACH
                              Acting United States Trustee, Region 5

                              By:*/s/ Amanda B. George*
                              AMANDA B. GEORGE (31642), Trial Attorney
                              400 Poydras Street, Suite 2110
                              New Orleans, LA 70130
                              Telephone: (504) 589-4018
                              Facsimile: (504) 589-4096
                              Amanda.B.George@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance of Counsel and Request for Service was served this July 15, 2021 via CM/ECF upon:

Eric J Derbes on behalf of Petitioning Creditor Whale Capital, LP
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

                                        */s/ Amanda B. George*
                                        AMANDA B. GEORGE