**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| STONE CLINICAL | |
| LABORATORIES, LLC | Case 21-10923 |
| *Debtor* | |
| | Section A |

***EX PARTE* VERIFIED APPLICATION OF PAUL R. HAGE**
**FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 2014-1(A)(3)**

1. My name is Paul R. Hage. My office address is 27777 Franklin Road, Ste. 2500, Southfield, Michigan 48034. My office telephone number is 248-351-3000 and my email is phage@jaffelaw.com. My Michigan Bar Number is P70460. I am a partner in the law firm of Jaffe Raitt Heuer & Weiss, P.C. My firm is counsel for Hologic, Inc. in this Chapter 11 case.

2. I am requesting admission *pro hac vice* pursuant to Local Rule 2014-1(A)(3) to appear in and represent Hologic, Inc., a party in interest, in this Chapter 11 case.

3. I was admitted to the State Bar of Michigan in 2007. I am admitted to practice before various U.S. Courts, including the Eastern District of Michigan, the Western District of Michigan, the 6th Circuit Court of Appeals, and the United States Supreme Court. A true and correct copy of my Certificate of Good Standing issued by the State Bar of Michigan is attached hereto as Exhibit A.

4. I am not now, and have never been, the subject of a disciplinary proceeding in any jurisdiction.

5. I have read and agree to be bound by the local rules of practice and procedure adopted by this Court.

6. I certify under the penalty of perjury that the statements above are true and correct to the best of my knowledge. 28 U.S.C. § 1746.

WHEREFORE, I respectfully request that I be admitted to practice before this Court *pro hac vice*, and for such other relief that is just and proper.

Date   July 15, 2021                                                 */s/Paul R. Hage*
                                                                     Paul R. Hage (MI Bar No. P70460)
                                                                     JAFFE RAITT HEUER & WEISS, P.C.
                                                                     27777 Franklin Road, Ste. 2500
                                                                     Southfield, Michigan 48034
                                                                     Telephone: (248) 351-3000
                                                                     Email: phage@jaffelaw.com
                                                                     *Attorney for Hologic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, a copy of this *Ex Parte* Verified Application of Paul R. Hage for Admission *Pro Hac Vice* Pursuant to Local Rule 2014-1(A)(3) was served on the United States Trustee through the court's ECF notice system and by First Class Mail, postage prepaid to the debtor at:

615 Baronne Street, Suite 100
New Orleans, LA 70113

                                                                     */s/Paul R. Hage*
                                                                     Paul R. Hage (MI Bar No. P70460)

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Paul Robert Hage, P70460 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on January 03, 2007 in Oakland County and became a member of the State Bar of Michigan on April 25, 2007.

Janet K. Welch, Executive Director

July 14, 2021

Exhibit A