B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Stone Clinical Laboratories, LLC , <br> Debtor* | ) <br> ) <br> ) <br> ) | Case No. 2 1 - 1 0 9 2 3 <br><br> Chapter 11 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on **July 15, 2021** (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:
    United States Bankruptcy Court
    Eastern District of Louisiana
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-601
    New Orleans, LA 70130

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:
    Albert J. Derbes, IV
    The Derbes Law Firm, LLC
    3027 Ridgelake Drive
    Metairie, LA 70002

    Paul R. Hage, Esq.
    Jaffe Raitt Heuer & Weiss, P.C.
    27777 Franklin Rd. Ste 2500
    Southfield, MI 48034

    E. Trent McCarthy
    The McCarthy Law Firm
    7922 Picardy Avenue
    Baton Rouge, LA 70809

B2500E (Form 2500E) (12/15)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

*[signature]* (Clerk of the Bankruptcy Court)

Date: July 16, 2021    By *[signature]* (Deputy Clerk)

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, **Brittany Ardeneaux** (name), certify that on **July 16, 2021** (date), I served this summons and a copy of the involuntary petition on **Stone Clinical Laboratories, LLC** (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: **by first class mail - postage prepaid at 1615 Baronne Street, Suite 100, New Orleans, LA 70113.**

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: **7/16/2021**   Signature: *[signature]*

Print Name: **Brittany Ardeneaux**

Business Address: **3027 Ridgelake Dr, Metairie, LA 70002**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy