## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 21-10923 |
| STONE CLINICAL LABORATORIES, LLC, | § § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |

## ORDER FOR RELIEF

For the reasons contained in this Court's *Order Granting Consent Motion To Continue Hearing*, [ECF Doc. 53], this Court finds that entry of an Order for Relief under § 303(h) of the Bankruptcy Code is appropriate. Therefor,

**IT IS ORDERED** that an Order for Relief under Chapter 11 of the Bankruptcy Code and pursuant to 11 U.S.C. § 303(h) is ENTERED.

**IT IS FURTHER ORDERED** that Stone Clinical Laboratories, LLC, through its proper officers, file a mailing matrix into the record with a copy sent to the U.S. Trustee, Region V, no later than January 17, 2022.

**IT IS FURTHER ORDERED** that Stone Clinical Laboratories, LLC, through its proper officers, file a Statement of Financial Affairs and Schedules showing all of its assets and liabilities no later than February 22, 2022.

**IT IS FURTHER ORDERED** that Stone Clinical Laboratories, LLC, Debtor herein, comply with all applicable provisions of the Bankruptcy Code and Rules.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 10, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE