UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| STONE CLINICAL | |
| LABORATORIES, LLC | Case 21-10923 |
| *Debtor* | |
| | Section A |

**LIMITED OBJECTION OF WHALE CAPITAL, LP TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR HELLER, DRAPER & HORN, LLC., COUNSEL FOR THE DEBTOR, FOR THE PERIOD JANUARY 11, 2022 THROUGH APRIL 4, 2023 [P-705]**

NOW INTO COURT, through undersigned counsel, comes Whale Capital, LP ("Whale"), a creditor, which hereby objects to the *First and Final Application for Compensation and Reimbursement of Expenses for Heller, Draper & Horn, LLC., Counsel for the Debtor for the Period January 11, 2022 through April 4, 2023* **[P-705]** (the "Fee Application") as follows.

1.

The Fee Application's prayer includes the following language:

> **WHEREFORE PREMISES CONSIDERED**, Heller, Draper & Horn, L.L.C. prays for an Order of the Court granting the *First and Final Application for Compensation and Reimbursement of Expenses by Heller, Draper & Horn, L.L.C., Counsel for the Debtor, for the Period January 11, 2022 through April 4, 2023*: (i) ==determining the reasonableness of the Gap Period Compensation;== (ii) approving total compensation in the sum of $590,224.07 for legal

… . Fee Application at page 16 *(emphasis added)*

2.

The Gap Period Compensation covers the period July 15, 2021 (*i.e.*, the date of the filing of the involuntary petition **[P-1]**) through January 10, 2022 (the date of the order for relief **[P-57]**).

3.

The compensation paid prior to January 10, 2022, during the Gap Period by the Debtor does not constitute a Gap Period claim both because it is not an unpaid amount and because it is not in the ordinary course of business. 11 U.S.C. 502(f); see also *In Re: Seven Three Distilling Company, LLC,* 2022 WL 3691820, page 2 *et seq*.

4.

The prayer thus seems to be an attempt to thwart the Trustee or any creditor from seeking to have the claim of Heller Draper or a portion thereof be subordinated or subject to avoidance actions.

**WHEREFORE**, Whale Capital, LP prays that (1) there be no determination of the reasonableness of the Gap Period Compensation, (2) the order include clarifying language that the Trustee retains the right to assert any avoidance action against Heller Draper for funds paid from July 15, 2021 through January 10, 2022 which may exist, and (3) the order include clarifying language that the Trustee as well as creditors are not precluded from seeking subordination of Heller Draper's administrative claim.

Dated May 17, 2023.                                    Respectfully submitted,

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV (#20164)
PATRICK S. GARRITY (#23744)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002

Telephone: (504) 837.1230
Facsimile: (504) 832.0322
Email: ajdiv@derbeslaw.com
Email: pgarrity@derbeslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was sent to all parties by ECF Electronic Notification System on this 17th day of May, 2023 as follows:

- Alicia M. Bendana abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- Christy Renee Bergeron Christy.Bergeron@usdoj.gov
- Kenneth C. Bordes kcb@kennethbordes.com
- Greta M. Brouphy gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
- Robin B. Cheatham cheathamrb@arlaw.com, vicki.owens@arlaw.com; mary.cuenca@arlaw.com
- Bruce Cranner bcranner@talleyanthony.com
- Albert J. Derbes ajdiv@derbeslaw.com, derbespacer@gmail.com; derbeser72443@notify.bestcase.com
- Douglas S. Draper ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Thomas M. Flanagan tflanagan@flanaganpartners.com, scaesar@flanaganpartners.com; mpadilla@flanaganpartners.com; erc@flanaganpartners.com; cscott@flanaganpartners.com; grivera@flanaganpartners.com
- Patrick R Follette prf@chehardy.com, kl@chehardy.com
- Patrick S. Garrity pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com
- Amanda Burnette George Amanda.B.George@usdoj.gov
- Olivia Greenberg olivia-obrien-9200@ecf.pacerpro.com
- Paul R. Hage phage@jaffelaw.com
- Anders F Holmgren aholmgren@flanaganpartners.com,
- scaesar@flanaganpartners.com; mpadilla@flanaganpartners.com; erc@flanaganpartners.com; cscott@flanaganpartners.com; grivera@flanaganpartners.com
- Dennis M. LaBorde laborde@bhbmlaw.com, rchauvin@bhbmlaw.com
- John M. Landis jlandis@stonepigman.com, boneil@stonepigman.com
- Michael E. Landis mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- E. Trent McCarthy tmccarthy@themccarthylawfirm.com
- Mark Mintz mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Dwayne M. Murray dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net
- Bryan Jules O'Neill boneill@derbeslaw.com, bardeneaux@derbeslaw.com
- Stewart Peck speck@lawla.com, rmichel@lawla.com
- L. Marlene Quarles mquarles@dwyercambre.com
- Ryan James Richmond ryan@snw.law
- Michael D. Rubenstein mdrubenstein@liskow.com, lschnabel@Liskow.com
- Matthew Sherman mas@chehardy.com, kl@chehardy.com
- John Paul Stanford jstanford@qslwm.com
- James Wesley Thurman jthurman@lawla.com

- Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov
- Nicholas Ryan Varisco nrv@chehardy.com
- David F. Waguespack waguespack@carverdarden.com, docket@carverdarden.com; plaisance@carverdarden.com
- A.J. Webb awebb@fbtlaw.com

/s/ *Albert J. Derbes, IV*
Albert J. Derbes, IV